JENNINGS SIGMOND, P.C
Jennifer L. Hope (030072007)
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
215-351-0617/0674
E-Mail: jhope@jslex.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND GARY J. MEYERS<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD S. McELWEE<br><br>Defendant. | CIVIL ACTION NO.<br>1:08-cv-00738 (NLH)(AMD) |

## ORDER

UPON consideration of the parties' Joint Motion to Dismiss, IT IS HEREBY ORDERED that:

(1) Pursuant to Federal Rule of Civil Procedure 41, all claim and counterclaims of the parties are **DISMISSED** with prejudice.

BY THE COURT:

Date: July 1, 2008        By: _____ J.
                              Noel L. Hillman
                              United States District Judge

194365-1